**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6276**

MCDEVILAN M. JONES,

       Petitioner - Appellant,

   v.

WARDEN GREGORY HOLLOWAY,

       Respondent - Appellee,

   and

WALLENS RIDGE STATE PRISON,

       Respondent.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:12-cv-01335-CMH-IDD)

Submitted: May 30, 2013              Decided: June 5, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

McDevilan M. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

McDevilan M. Jones seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2006) petition for failing to abide by the order of the court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Jones seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Jones may be able to save his petition by amending it to comply with the district court's order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2